JOSHUA B. KIRKPATRICK, MSB NO. 6258
LITTLER MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, Colorado 80202
Telephone: 303.629.6200
Fax No.: 303.629.0200
E-mail: jkirkpatrick@littler.com
***Attorney for Defendant***
***General Electric Capital Corporation***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NICOLE STAMP,<br><br>            Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION<br><br>            Defendant. | Case No. 1:12-cv-00123-RFC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant General Electric Capital Corporation ("GE Capital") hereby files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. GE Capital is a wholly owned subsidiary of General Electric Company, a publicly held corporation.

Dated: October 12, 2012

/s/ Joshua B. Kirkpatrick
JOSHUA B. KIRKPATRICK

*Attorney for General Electric Capital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served via electronic case filing to the following:

Philip McGrady
McGrady Law Firm
P.O. Box 40
Park City, Montana 59063

                 /s/ Joshua B. Kirkpatrick
                 Joshua B. Kirkpatrick